UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN WIEGAND,

Plaintiff, ORDER

v. Civil No. 01-1498(ADM/SRN)

JNR ADJUSTMENT COMPANY, INC.

Defendant.

---

MATT C. PIERCE,

Plaintiff,

v. Civil No. 01-1499(MJD/JGL)

JNR ADJUSTMENT COMPANY, INC.

Defendant.

---

EMANUEL BANKSTON,

Plaintiff,

v. Civil No. 01-1569(DDA/SRN)

JNR ADJUSTMENT COMPANY, INC.

Defendant.

---

Case No. 01-1498 having been assigned to Judge Ann D. Montgomery and Case Nos. 01-1499 and 01-1569 having been later assigned to Judges Davis and Alsop, said matters being related cases;

IT IS HEREBY ORDERED that Case Nos. 01-1499 and 01-1569 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

OCT 0 2 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: Oct. 2, 2001

JUDGE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT

Dated: October 1, 2001

JUDGE DONALD D. ALSOP
UNITED STATES DISTRICT COURT

Dated: September 26, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

October 3, 2001

Matt C. Pierce,
Plaintiff

Civil No. 01-1499 MJD/JGL

v.

JNR Adjustment Company, Inc.

Defendant

Civil No. **01-1449 ADM/SRN**

This case no. 01-1499 has been re-assigned to Judge Ann D. Montgomery and Magistrate Judge Susan R. Nelson.

Please note new judge initials above and refer to those initials when filing pleadings with the District Court.

October 3, 2001

Emanuel Bankston,
Plaintiff

Civil No. 01-1569DDA/SRN

v.

JNR Adjustment Company, Inc.

Defendant

Civil No. **01-1569 ADM/SRN**

This case no. 01-1569 has been re-assigned to Judge Ann D. Montgomery and Magistrate Judge Susan R. Nelson.

Please note new judge initials above and refer to those initials when filing pleadings with the District Court.