**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**John Wiegand,** **Civil No. 01-1498 ADM/SRN**

**Plaintiff,**

**v.**

**PRETRIAL SCHEDULING ORDER**

**JNR Adjustment Company, Inc.,**

**Defendant.**

---

**Matt C. Pierce,** **Civil No. 01-1499 ADM/SRN**

**Plaintiff,**

**v.**

**JNR Adjustment Company, Inc.,**

**Defendant.**

---

**Emanual Bankston,** **Civil No. 01-1569 ADM/SRN**

**Plaintiff,**

**v.**

**JNR Adjustment Company, Inc.,**

**Defendant.**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

FILED DEC 2 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by May 1, 2002.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before December 21, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiff(s) on or before March 1, 2002.

   b. By Defendant(s) on or before April 1, 2002.

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before April 1, 2002.

   b. By Defendant(s) on or before May 1, 2002.

5. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 4 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by March 15, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 1, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by August 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on October 1, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 2 days.

Dated: December 20, 2001.

Susan Richard Nelson
United States Magistrate Judge