**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1569 ADM/SRN**

| | |
|---|---|
| Emanuel Bankston,<br><br>Plaintiff,<br><br>vs.<br><br>JNR Adjustment Company, Inc.,<br><br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys, and Defendant and their attorneys that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: January 3, 2002.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
**Attorney for Plaintiff**
Attorney I.D. **#0266577**
342 East County Road D
St. Paul, Minnesota 55117
Telephone: 651-714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
**Attorney for Plaintiff**
Attorney ID **#249646**
342 E. County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

Dated: 1/7/02

**HELLMUTH & JOHNSON, PLLC**

By: ______________________
Brian H. Liebo, Esq.
**Attorney for Defendant**
Attorney I.D. #**277654**
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Telephone: 952-941-4005

John K. Rossman, Esq.
**Attorney for Defendant**
Attorney I.D. #**244831**
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Telephone: 952-941-4005

JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 14 2002
DEPUTY CLERK



J:\37000\37999 JNR Consolidated\37303 Bankston, Emanuel v. JNR (TJR) CLASS\Stip of Dismissal with Pred..doc

**ORDER**

Based on the above Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 11, 2002.

JUDGE ANN D. MONTGOMERY
United States District Court